No. 66628.—Alltransport, Inc., and Chuna Banner et al. *v.* United States, protests 208678–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the merchandise was held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under said paragraph 1547(a) ; and (b) as to items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476).

No. 66629.—The Keepnews Co. *v.* United States, protests 252969–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the merchandise was held dutiable as follows: (1) The items covered by protest Nos. 243058–K and 227728–K at 20 percent under said paragraph 1547(a), by virtue of T.D. 52788, which suspended the application of reduced rates of duty to imports from Communist-dominated countries; and (2) all other items at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476).

BEFORE THE FIRST DIVISION, MARCH 29, 1962

No. 66630.—Casavan Carrara Marble Co., Inc. *v.* United States, protests 221780–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that certain items of the merchandise, manufactured by S.A.R.I.M., consist of opal glass tile or tiling, the claim of the plaintiff was sustained.